IRVING TRUST COMPANY, as Trustee in Bankruptcy of DANIEL O'CONNELL & Co., INC., Appellant, v. THE TRANSPORTATION CLUB, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

ROBERT W. DEMOTT and Others, as Trustees of LOUIS LEVINE under Section 27 of the Lien Law, Respondents, v. NUGGET ORNAMENTAL IRON WORKS, INC., Defendant, Impleaded with STANDARD ACCIDENT INSURANCE COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

FRANK P. FRALLI, as Receiver of the Money, Property and Business of MODESTO BERARDINI and Others, Executors and Trustees under the Last Will and Testament of MICHAEL BERARDINI, Deceased, etc., Respondent, v. CHASE NATIONAL BANK OF NEW YORK, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD P. FISHER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

LEONORA SPEYER, Appellant, v. LOUIS GORDON HAMERSLEY, Respondent.— Judgment, so far as appealed from, unanimously modified by striking therefrom so much as directs dismissal of the complaint, and as so modified affirmed, without costs. No opinion. Settle order on notice. The findings inconsistent with this determination should be reversed and such new findings made of facts proved on the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of JOSEPHINE VITALE, Respondent, v. ROSARIO MACCA, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of THOMAS F. WILKINSON, JR., Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COMMERCIAL MOTOR-CYCLE CO., INC., and JULIUS STERN and JOSEPH STERN, Appellants.— Judgment of conviction unanimously reversed and a new trial ordered. Defendants should have been permitted to offer testimony in support of their claim that the company was covered by an oral binder. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

MALCOLM PAPAZIAN, Appellant, v. DAILY MIRROR, INC., Respondent.— Order, so far as appealed from, unanimously modified by striking out the first and second complete defenses and the partial defense of privilege, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.